# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

| | |
|---|---|
| In re: THOMAS, JOEL P | § Case No. 13-81480 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 25, 2013. The undersigned trustee was appointed on April 25, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $         72,000.00

   Funds were disbursed in the following amounts:
   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 131.13 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 71,868.87 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims of this case was 01/28/2014 and the deadline for filing governmental claims was 01/28/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,849.69. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,849.69, for a total compensation of $6,849.69.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $104.53, for total expenses of $104.53.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/09/2014　　　By: /s/MEGAN G. HEEG
　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-81480  
**Case Name:** THOMAS, JOEL P  
**Period Ending:** 06/09/14

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 04/25/13 (f)  
**§341(a) Meeting Date:** 05/31/13  
**Claims Bar Date:** 01/28/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 900 Ridgeway Trail McHenry, IL<br>Subject to 2 mtgs, however, the mtg debt to mother just recorded and is avoidable.   (See Footnote) | 230,000.00 | 72,000.00 | | 72,000.00 | FA |
| 2 | household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Books, CD's, DVD's, tapes/records, pictures | 75.00 | 0.00 | | 0.00 | FA |
| 4 | wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 5 | watch, custume jewelry, wedding ring | 300.00 | 0.00 | | 0.00 | FA |
| 6 | 2006 Honda Pilot | 3,003.00 | 0.00 | | 0.00 | FA |
| 7 | 2006 Toyota Sequoia<br>Debtor says own joint with wife - but do not. Also, debtor shows a trade in value of 10,392.   (See Footnote) | 5,196.00 | Unknown | | 0.00 | FA |
| 8 | BANK ACCOUNTS  (u)<br>BMO Harris jt checking XXXX8422  (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES  (u)<br>2008 Lifetilme model 65005 trailer.  (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 10 | BANK ACCOUNTS  (u)<br>BMO Harris jt savings XXX6074  (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 11 | BANK ACCOUNTS  (u)<br>Wells Fargo Accounts (one IRA and one 401(k)) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | BANK ACCOUNTS  (u)<br>Wells Fargo joint sweep account (related to debtor's and wife's retirement accounts) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Assets    Totals (Excluding unknown values) | $240,674.00 | $72,000.00 | | $72,000.00 | $0.00 |

RE PROP# 1    3/26/14 zestimate of 257,808 less 1st mtg debt about 40,000 less non-filing spouse's 1/2 = net of about 108,000.  Debtor's equity to be settled for $72,000, pursuant to a Motion to Compromise.

RE PROP# 7    Potential value will be deemed abandoned if no additional claims are filed before final distribution

RE PROP# 8    multiple demands for bank statements.  don't have all requested as of 10/15/13.  Balance on 6/11/13 was 2,888.63 (5,189.55 on 7/11 and 3,939.25 on 8/11]  Potential value will be deemed abandoned if no additional claims are filed before final distribution

RE PROP# 9    Based upon ebay search,  may be a pop up tent trailer, selling for about 2,500.  (Note per title, was a new trailer when purchased in 2008)  Potential value will be deemed abandoned if no

Printed: 06/09/2014 12:20 PM    V.13.15

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 13-81480 | Trustee: | (330490) MEGAN G. HEEG |
|---|---|---|---|
| Case Name: | THOMAS, JOEL P | Filed (f) or Converted (c): | 04/25/13 (f) |
| | | §341(a) Meeting Date: | 05/31/13 |
| Period Ending: 06/09/14 | | Claims Bar Date: | 01/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

  additional claims are filed before final distribution
RE PROP# 10   Balance was 75.09 on 6/30/13.  Potential value will be deemed abandoned if no additional claims are
  filed before final distribution.
RE PROP# 11   Roth IRA worth 11,946.73 on 5/31/13 & IRA worth 13,802.06 on 5/31/13
RE PROP# 12   Balance was 484.24 on 5/31/13

---

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   June 30, 2014    Current Projected Date Of Final Report (TFR):   June 9, 2014  (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-81480 | | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| Case Name: | THOMAS, JOEL P | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8266 - Checking Account |
| Taxpayer ID #: | **-***5762 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/09/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/21/14 | {1} | Barbara M. Thomas | compromise of adversary | 1149-000 | 72,000.00 | | 72,000.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.61 | 71,972.39 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.52 | 71,868.87 |

|  |  |  |  |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 72,000.00 | 131.13 | $71,868.87 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 72,000.00 | 131.13 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $72,000.00 | $131.13 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******8266 | 72,000.00 | 131.13 | 71,868.87 |
| | $72,000.00 | $131.13 | $71,868.87 |

{} Asset reference(s)                                        Printed: 06/09/2014 10:04 AM    V.13.15

## Claims Proposed Distribution

### Case: 13-81480    THOMAS, JOEL P

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $71,868.87 | | Total Proposed Payment: | $71,868.87 | | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Ehrmann Gehlbach Badger Lee & Considine, LLC | Admin Ch. 7 | 481.86 | 481.86 | 0.00 | 481.86 | 481.86 | 71,387.01 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC | Admin Ch. 7 | 16,700.00 | 16,700.00 | 0.00 | 16,700.00 | 16,700.00 | 54,687.01 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 104.53 | 104.53 | 0.00 | 104.53 | 104.53 | 54,582.48 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 6,849.69 | 6,849.69 | 0.00 | 6,849.69 | 6,849.69 | 47,732.79 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Claim Memo: [Updated by Surplus to Debtor Report based on Net Estate Value: 71993.82] | | | | | | | |
| 1 | Molzah, Rocco, Reed & Rouse | Unsecured | 18,520.20 | 18,520.20 | 0.00 | 18,520.20 | 18,520.20 | 29,212.59 |
| 2 | eCAST Settlement Corporation, assignee | Unsecured | 6,067.95 | 6,067.95 | 0.00 | 6,067.95 | 6,067.95 | 23,144.64 |
| 3 | eCAST Settlement Corporation, assignee | Unsecured | 23,074.22 | 23,074.22 | 0.00 | 23,074.22 | 23,074.22 | 70.42 |
| 1I | Molzah, Rocco, Reed & Rouse | Unsecured | 24.96 | 24.96 | 0.00 | 24.96 | 24.96 | 45.46 |
| 2I | eCAST Settlement Corporation, assignee | Unsecured | 8.18 | 8.18 | 0.00 | 8.18 | 8.18 | 37.28 |
| 3I | eCAST Settlement Corporation, assignee | Unsecured | 31.10 | 31.10 | 0.00 | 31.10 | 31.10 | 6.18 |
| SURPLUS | THOMAS, JOEL P | Unsecured | 6.18 | 6.18 | 0.00 | 6.18 | 6.18 | 0.00 |
| | Total for Case 13-81480 : | | $71,868.87 | $71,868.87 | $0.00 | $71,868.87 | $71,868.87 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $24,136.08 | $24,136.08 | $0.00 | $24,136.08 | 100.000000% |
| Total Unsecured Claims : | $47,732.79 | $47,732.79 | $0.00 | $47,732.79 | 100.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**                       Exhibit D

Case No.: 13-81480
Case Name: THOMAS, JOEL P
Trustee Name: MEGAN G. HEEG

**Balance on hand:**                    $     71,868.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   71,868.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 6,849.69 | 0.00 | 6,849.69 |
| Trustee, Expenses - MEGAN G. HEEG | 104.53 | 0.00 | 104.53 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 16,700.00 | 0.00 | 16,700.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 481.86 | 0.00 | 481.86 |

Total to be paid for chapter 7 administration expenses:   $   24,136.08
Remaining balance:   $   47,732.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   47,732.79

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 47,732.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,662.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Molzah, Rocco, Reed & Rouse | 18,520.20 | 0.00 | 18,520.20 |
| 2 | eCAST Settlement Corporation, assignee | 6,067.95 | 0.00 | 6,067.95 |
| 3 | eCAST Settlement Corporation, assignee | 23,074.22 | 0.00 | 23,074.22 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 47,662.37 |
| Remaining balance: | $ | 70.42 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 70.42 |

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 70.42

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $64.24. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $6.18.

**UST Form 101-7-TFR (05/1/2011)**