UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: THOMAS, JOEL P | § | Case No. 13-81480 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 08/25/2014 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 08/06/2014        By:  /s/MEGAN G. HEEG
                                                   Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| In re: THOMAS, JOEL P | § Case No. 13-81480 |
|---|---|
| | § |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 72,000.00 |
| and approved disbursements of | $ 131.13 |
| leaving a balance on hand of [1] | $ 71,868.87 |

**Balance on hand:**  $ 71,868.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 71,868.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 6,849.69 | 0.00 | 6,849.69 |
| Trustee, Expenses - MEGAN G. HEEG | 104.53 | 0.00 | 104.53 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 16,700.00 | 0.00 | 16,700.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 481.86 | 0.00 | 481.86 |

Total to be paid for chapter 7 administration expenses:  $ 24,136.08
Remaining balance:  $ 47,732.79

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

       Total to be paid for prior chapter administrative expenses: $   0.00
       Remaining balance: $   47,732.79

  In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $0.00 must be paid in advance of any dividend to
general (unsecured) creditors.

  Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

       Total to be paid for priority claims: $   0.00
       Remaining balance: $   47,732.79

  The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

  Timely claims of general (unsecured) creditors totaling $ 47,662.37 have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent,
plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Molzah, Rocco, Reed & Rouse | 18,520.20 | 0.00 | 18,520.20 |
| 2 | eCAST Settlement Corporation, assignee | 6,067.95 | 0.00 | 6,067.95 |
| 3 | eCAST Settlement Corporation, assignee | 23,074.22 | 0.00 | 23,074.22 |

       Total to be paid for timely general unsecured claims: $   47,662.37
       Remaining balance: $   70.42

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 70.42

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 70.42

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $64.24. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 6.18.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                         Case No. 13-81480-TML
Joel P Thomas                                                  Chapter 7
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-3          User: ldixon             Page 1 of 1         Date Rcvd: Aug 06, 2014
                              Form ID: pdf006          Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2014.
db           +Joel P Thomas,    900 Ridgeway Trail,   Mc Henry, IL 60050-6543
20390455     +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
20390449     +BMO Harris BANK,    Attn: Bankruptcy Dept.,    Po Box 94034,    Palatine, IL 60094-4034
20390457     +Barbara Thomas,    7513 Deerwood Trl,   Mc Henry, IL 60050-6519
20390453     +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
20390450     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta, GA 30374-0241
20390451     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
20390461     +Fox Valley E, N & T,    Attn: Bankruptcy Dept.,    2210 Dean Street, Ste L,
               Saint Charles, IL 60175-1059
20390458     +Grossinger City Toyota,    Attn: Bankruptcy Dept.,    1561 N Fremont Street,
               Chicago, IL 60642-2527
20852172     +Midfirst Bank for Midland Mortgage,    c/o Fisher & Shapiro,    2121 Waukegan Rd Suite 301,
               Bannockburn IL 60015-1831
20852173      Midland Mortgage,    POB 26648,   Oklahoma City OK 73126-0648
20390460     +Molzah, Rocco, Reed & Rouse,    Bankruptcy Department,    20 N Clark #2300,
               Chicago, IL 60602-5002
20390452     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000
20390459     +United States District Ct,    219 S Dearborn #2302B,    Chicago, IL 60604-1839
21412147      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20390454*    +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
20390456*    +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
21439968*     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2014 at the address(es) listed below:
              James J. Burns, Jr.    on behalf of Defendant Barbara M. Thomas bandwlaw@sbcglobal.net
              Megan G Heeg    on behalf of Plaintiff Megan G Heeg heeg@egblc.com
              Megan G Heeg     heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com, IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Thomas E. Laughlin    on behalf of Debtor Joel P Thomas tloff@aol.com
              Thomas E. Laughlin    on behalf of Defendant Joel P Thomas tloff@aol.com
                                                                                             TOTAL: 7
```