# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: THOMAS, JOEL P                   § Case No. 13-81480
                                        §
                                        §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $10,674.00<br>*(without deducting any secured claims)* | Assets Exempt: $1,397.00 |
| Total Distribution to Claimants: $47,726.61 | Claims Discharged<br>Without Payment: $14,541.00 |
| Total Expenses of Administration: $24,267.21 | |

    3) Total gross receipts of $ 72,000.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 6.18 (see **Exhibit 2**), yielded net receipts of $71,993.82
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 24,267.21 | 24,267.21 | 24,267.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 61,221.00 | 47,726.61 | 47,726.61 | 47,726.61 |
| **TOTAL DISBURSEMENTS** | $61,221.00 | $71,993.82 | $71,993.82 | $71,993.82 |

4)  This case was originally filed under Chapter 7 on April 25, 2013. The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/08/2014            By: /s/MEGAN G. HEEG
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 900 Ridgeway Trail McHenry, IL | 1149-000 | 72,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$72,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| THOMAS, JOEL P | Dividend paid 100.00% on $6.18; Claim# SURPLUS; Filed: $6.18; Reference: | 8200-002 | 6.18 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$6.18** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 6,849.69 | 6,849.69 | 6,849.69 |
| MEGAN G. HEEG | 2200-000 | N/A | 104.53 | 104.53 | 104.53 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 16,700.00 | 16,700.00 | 16,700.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 481.86 | 481.86 | 481.86 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 27.61 | 27.61 | 27.61 |
| Rabobank, N.A. | 2600-000 | | N/A | 103.52 | 103.52 | 103.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $24,267.21 | $24,267.21 | $24,267.21 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Molzah, Rocco, Reed & Rouse | 7100-000 | 18,000.00 | 18,520.20 | 18,520.20 | 18,520.20 |
| 1I | Molzah, Rocco, Reed & Rouse | 7990-000 | N/A | 24.96 | 24.96 | 24.96 |
| 2 | eCAST Settlement Corporation, assignee | 7100-000 | 5,855.00 | 6,067.95 | 6,067.95 | 6,067.95 |
| 2I | eCAST Settlement Corporation, assignee | 7990-000 | N/A | 8.18 | 8.18 | 8.18 |
| 3 | eCAST Settlement Corporation, assignee | 7100-000 | 22,825.00 | 23,074.22 | 23,074.22 | 23,074.22 |
| 3I | eCAST Settlement Corporation, assignee | 7990-000 | N/A | 31.10 | 31.10 | 31.10 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley E, N & T | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF America | 7100-000 | 12,889.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 1,352.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $61,221.00 | $47,726.61 | $47,726.61 | $47,726.61 |

UST Form 101-7-TDR (10/1/2010)

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81480  
**Case Name:** THOMAS, JOEL P  

**Period Ending:** 10/08/14

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 04/25/13 (f)  
**§341(a) Meeting Date:** 05/31/13  
**Claims Bar Date:** 01/28/14

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 900 Ridgeway Trail McHenry, IL<br>Subject to 2 mtgs, however, the mtg debt to mother just recorded and is avoidable.   (See Footnote) | 230,000.00 | 72,000.00 | | 72,000.00 | FA |
| 2 | household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Books, CD's, DVD's, tapes/records, pictures | 75.00 | 0.00 | | 0.00 | FA |
| 4 | wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 5 | watch, custume jewelry, wedding ring | 300.00 | 0.00 | | 0.00 | FA |
| 6 | 2006 Honda Pilot | 3,003.00 | 0.00 | | 0.00 | FA |
| 7 | 2006 Toyota Sequoia<br>Debtor says own joint with wife - but do not.  Also, debtor shows a trade in value of  10,392.   (See Footnote) | 5,196.00 | Unknown | | 0.00 | FA |
| 8 | BANK ACCOUNTS  (u)<br>BMO Harris jt checking XXXX8422  (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES  (u)<br>2008 Lifetilme model 65005 trailer.   (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 10 | BANK ACCOUNTS  (u)<br>BMO Harris jt savings XXX6074  (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 11 | BANK ACCOUNTS  (u)<br>Wells Fargo Accounts (one IRA and one 401(k))<br>(See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | BANK ACCOUNTS  (u)<br>Wells Fargo joint sweep account (related to debtor's and wife's retirement accounts)  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Assets    Totals (Excluding unknown values) | **$240,674.00** | **$72,000.00** | | **$72,000.00** | **$0.00** |

RE PROP# 1     3/26/14 zestimate of 257,808 less 1st mtg debt about 40,000 less non-filing spouse's 1/2 = net of
about 108,000.  Debtor's equity to be settled for $72,000, pursuant to a Motion to Compromise.

RE PROP# 7     Potential value will be deemed abandoned if no additional claims are filed before final distribution

RE PROP# 8     multiple demands for bank statements.  don't have all requested as of 10/15/13.  Balance on 6/11/13
was 2,888.63  (5,189.55 on 7/11 and 3,939.25 on 8/11]   Potential value will be deemed abandoned if
no additional claims are filed before final distribution

RE PROP# 9     Based upon ebay search,  may be a pop up tent trailer, selling for about 2,500.  (Note per title,

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-81480  
**Case Name:** THOMAS, JOEL P  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 04/25/13 (f)  
**§341(a) Meeting Date:** 05/31/13  

**Period Ending:** 10/08/14  
**Claims Bar Date:** 01/28/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

was a new trailer when purchased in 2008)   Potential value will be deemed abandoned if no additional claims are filed before final distribution

RE PROP# 10   Balance was 75.09 on 6/30/13.   Potential value will be deemed abandoned if no additional claims are filed before final distribution.

RE PROP# 11   Roth IRA worth 11,946.73 on 5/31/13 & IRA worth 13,802.06 on 5/31/13

RE PROP# 12   Balance was 484.24 on 5/31/13

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014       **Current Projected Date Of Final Report (TFR):**   June 9, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-81480 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | THOMAS, JOEL P | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8266 - Checking Account |
| Taxpayer ID #: | **-***5762 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/08/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/21/14 | {1} | Barbara M. Thomas | compromise of adversary | 1149-000 | 72,000.00 | | 72,000.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.61 | 71,972.39 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.52 | 71,868.87 |
| 08/26/14 | 101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $16,700.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 16,700.00 | 55,168.87 |
| 08/26/14 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $481.86, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 481.86 | 54,687.01 |
| 08/26/14 | 103 | Molzah, Rocco, Reed & Rouse | Dividend paid 100.00% on $18,520.20; Claim# 1; Filed: $18,520.20; Reference: 7707 | 7100-000 | | 18,520.20 | 36,166.81 |
| 08/26/14 | 104 | eCAST Settlement Corporation, assignee | Dividend paid 100.00% on $6,067.95; Claim# 2; Filed: $6,067.95; Reference: XXXXX7707 | 7100-000 | | 6,067.95 | 30,098.86 |
| 08/26/14 | 105 | eCAST Settlement Corporation, assignee | Dividend paid 100.00% on $23,074.22; Claim# 3; Filed: $23,074.22; Reference: XXXXX7707 | 7100-000 | | 23,074.22 | 7,024.64 |
| 08/26/14 | 106 | Molzah, Rocco, Reed & Rouse | Dividend paid 100.00% on $24.96; Claim# 1I; Filed: $24.96; Reference: 7707 | 7990-000 | | 24.96 | 6,999.68 |
| 08/26/14 | 107 | eCAST Settlement Corporation, assignee | Dividend paid 100.00% on $8.18; Claim# 2I; Filed: $8.18; Reference: XXXXX7707 | 7990-000 | | 8.18 | 6,991.50 |
| 08/26/14 | 108 | eCAST Settlement Corporation, assignee | Dividend paid 100.00% on $31.10; Claim# 3I; Filed: $31.10; Reference: XXXXX7707 | 7990-000 | | 31.10 | 6,960.40 |
| 08/26/14 | 109 | THOMAS, JOEL P | Dividend paid 100.00% on $6.18; Claim# SURPLUS; Filed: $6.18; Reference: | 8200-002 | | 6.18 | 6,954.22 |
| 08/26/14 | 110 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 6,954.22 | 0.00 |
| | | | Dividend paid 100.00%     6,849.69 on $6,849.69;  Claim# ; Filed: $6,849.69 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     104.53 on $104.53;  Claim# ; Filed: $104.53 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 72,000.00 | 72,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 72,000.00 | 72,000.00 | |
| | | | Less: Payments to Debtors | | | 6.18 | |
| | | | NET Receipts / Disbursements | | $72,000.00 | $71,993.82 | |

{} Asset reference(s)                                    Printed: 10/08/2014 10:39 AM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-81480  
**Case Name:** THOMAS, JOEL P  
**Taxpayer ID #:** **-***5762  
**Period Ending:** 10/08/14  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | **Checking # ******8266** | | **72,000.00** | **71,993.82** | **0.00** |
| | | | | | **$72,000.00** | **$71,993.82** | **$0.00** |

{} Asset reference(s)                                                                                           Printed: 10/08/2014 10:39 AM    V.13.15